**Harlan L. COGAR, Plaintiff–Appellant,**

v.

**Larry G. MASSANARI, Acting Commissioner of Social Security Administration, Defendant–Appellee.**

No. 01–1982.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 29, 2002.

Decided Feb. 21, 2002.

Harlan L. Cogar, Appellant Pro Se. Anne von Scheven, Social Security Administration, Philadelphia, Pennsylvania, for Appellee.

Before WILKINS, MOTZ, and KING, Circuit Judges.

PER CURIAM.

Harlan L. Cogar appeals from the district court's order granting summary judgment to the Commissioner in this action challenging the Commissioner's decision denying Cogar's application for disability insurance benefits and supplemental secu-rity income. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Cogar v. Massanari,* No. CA–00–89 (N.D.W. Va. June 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*